IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS E. MOORE,

    Plaintiff,

vs.

Case No. C2-09-444
Judge Edmund A. Sargus, Jr.
Magistrate Judge Norah McCann King

EMPLOYEE BENEFIT
    MANAGEMENT CORP.,

    Defendant.

## ORDER

On September 18, 2009, the Court issued an Order directing the parties to file a Status Report on or before October 9, 2009. Counsel for Defendant notified the Court that he spoke with counsel for Plaintiff on October 9, 2009, who indicated that he is undergoing medical treatment. Counsel for Plaintiff is **DIRECTED** to file a **STATUS REPORT** by **NOVEMBER 9, 2009.**

    **IT IS SO ORDERED.**

10-14-2009
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE