IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS E. MOORE,

    Plaintiff,

vs.

Case No. C2-09-444
Judge Edmund A. Sargus, Jr.
Magistrate Judge Norah McCann King

EMPLOYEE BENEFIT
    MANAGEMENT CORP.,

    Defendant.

## ORDER

On October 14, 2009, the Court issued an Order directing counsel for Plaintiff to file a status report by November 9, 2009. To date, counsel has not submitted such a report. While the Court is sensitive to the fact that counsel is undergoing medical treatment, Defendant's motion to dismiss has been pending since August 27, 2009. Counsel for Plaintiff is **DIRECTED** to submit a status report by **NOVEMBER 30, 2009**.

IT IS SO ORDERED.

_11-12-2009_
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE