IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS E. MOORE,

    Plaintiff,

vs.

Case No. C2-09-444
Judge Edmund A. Sargus, Jr.
Magistrate Judge Norah McCann King

EMPLOYEE BENEFIT
    MANAGEMENT CORP.,

    Defendant.

### ORDER

Counsel for Defendant notified the Court in September, 2009 that counsel for Plaintiff had become ill and was undergoing medical treatment. Since that time, the Court has twice requested a status report from counsel for the Plaintiff, who evidently has been unable to comply, as no such report has been submitted.

This case will be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute on **DECEMBER 31, 2009** if there is no activity on the docket before that date.

    IT IS SO ORDERED.

12-7-2009
**DATED**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE