IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS E. MOORE,

    Plaintiff,

vs.

Case No. C2-09-444
Judge Edmund A. Sargus, Jr.
Magistrate Judge Norah McCann King

EMPLOYEE BENEFIT
   MANAGEMENT CORP.,

    Defendant.

## ORDER

The Court is informed that counsel for Plaintiff, Mr. David C. Levine, has passed away. The Court's Order of December 3, 2009 indicating that this case will be dismissed for failure to prosecute is **VACATED**.

The Clerk is **DIRECTED** to forward a copy of this Order to the Plaintiff at the following address, as listed on the Complaint:

> Thomas E. Moore
> 2125 Cambria Mill Road
> Granville, Ohio 43023

Plaintiff is **DIRECTED** to contact the Court at (614) 719-3240 within fourteen (14) days to indicate whether he intends to pursue this case. Plaintiff may, thereafter, have an additional sixty (60) days to retain new counsel or to indicate to the Court that he intends to proceed by himself, without legal representation.

**IT IS SO ORDERED.**

    12-7-2004
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**