IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THOMAS E. MOORE,

    Plaintiff,

vs.

    Case No. C2-09-444
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Norah McCann King

EMPLOYEE BENEFIT
    MANAGEMENT CORP.,

    Defendant.

## ORDER

For purposes of docket administration, Defendant's Motion to Dismiss (Doc. 9) will be removed from the Court's pending motions list, and reactivated upon request of counsel for Defendant after the period for Plaintiff to obtain counsel has expired.

The Clerk is **DIRECTED** to forward a copy of this Order to the Plaintiff at the following address, as listed on the Complaint:

    Thomas E. Moore
    2125 Cambria Mill Road
    Granville, Ohio 43023

IT IS SO ORDERED.

1-28-2010
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE